FILED10 JAN'23 13:16USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00008-MO |
| v. | INDICTMENT |
| ALEXANDER BRUCE LEAKE, | 21 U.S.C. § 841(a)(1), (b)(1)(C) |
| Defendant. | FORFEITURE ALLEGATIONS |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(C))**

On or about September 19, 2022, in the District of Oregon, **ALEXANDER BRUCE LEAKE** did unlawfully and knowingly possess with intent to distribute a mixture or substance containing a detectible amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (fentanyl), a Schedule II controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

**FIRST FORFEITURE ALLEGATION**

Upon conviction for the offense alleged Count One of this indictment, defendant **ALEXANDER BRUCE LEAKE** shall forfeit to the United States, pursuant to Title 18 United States Code, Sections 982(a)(2)(B), any property constituting, or derived from proceeds obtained directly or indirectly as a result of said offenses. In addition, pursuant to Title 18, United States Code, Sections 1028(b)(5), defendant **ALEXANDER BRUCE LEAKE** shall forfeit to the

United States any personal property used or intended to be used to commit said offenses, including, a Smith & Wesson M&P-15 .223 caliber rifle (bearing serial number TN95257), and a sawed-off Maverick Arms 20-gauge shotgun (bearing serial number MV0064955), and any associated ammunition.

## SECOND FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Count One of this Indictment, defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

## SUBSTITUTE ASSETS

If any forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

/ / / /

/ / / /

/ / / /

/ / / /

**Indictment** **Page 2**

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: January 10, 2023

A TRUE BILL.

███████████████████

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Paul T. Maloney*

PAUL T. MALONEY, OSB #013366
Assistant United States Attorney