AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

ORIGINAL

United States of America
v.
ALEXANDER BRUCE LEAKE

)
)
)
)
)
)

Case No. 3:23-cr-00008-MO

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALEXANDER BRUCE LEAKE
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Fentanyl



Date: 01/10/2023

s/D. Norris
*Issuing officer's signature*

City and State: Portland, Oregon

D. Norris, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ |
| Date: _____ |

DATE 01/18/2023
ARRESTED BY DEA

U.S. MARSHAL
BY E. CATER

*Arresting officer's signature*

*Printed name and title*

U.S. MARSHALS SERVICE JAN 11 '23 10:19AM

FILED 19 JAN '23 12:20 USDC-ORP